M. P. No. 76-252. NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioner to suspend order No. 9184 of the Public Utilities Commission, and the motion to amend its petition for writ of certiorari are assigned to the calendar for September 16, 1976 at 11:00 a.m. for oral argument. Paolino, J. did not participate. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney

General, for respondents. *Roberts & Willey, Incorporated, Dennis J. Roberts II,* for Rhode Island Consumers' Council.